

Search for Cases by:  Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print     GrantedPublicAccess  **Logoff KATIEMCLAUGHLIN**

**20SL-CC03616 - EBONI C JANUARY ET AL V INVASIX, INC., D/B/A ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

---

**08/31/2020** ☐ **Note to Clerk eFiling**
    **Filed By:** HELMUT STARR

☐ **Motion for Continuance**
Entry of Appearance and Consent Motion for Additional Time; Electronic Filing Certificate of Service.
    **Filed By:** HELMUT STARR
    **On Behalf Of:** INMODE AESTHETIC SOLUTIONS

**08/28/2020** ☐ **Exhibit Filed**
Exhibit A on behalf of Defendant Balboa Capital Corporation; Electronic Filing Certificate of Service.
    **Filed By:** ROBERT WILLIAM STEPHENS
    **On Behalf Of:** BALBOA CAPITAL CORPORATION

☐ **Memorandum Filed**
Memorandum in Support on behalf of Defendant Balboa Capital Corporation; Electronic Filing Certificate of Service.
    **Filed By:** ROBERT WILLIAM STEPHENS

☐ **Motion to Dismiss**
    **Filed By:** ROBERT WILLIAM STEPHENS

☐ **Entry of Appearance Filed**
Appearance of Robert W Stephens for Defendant Balboa Capital Corporation; Electronic Filing Certificate of Service.
    **Filed By:** ROBERT WILLIAM STEPHENS

**08/21/2020** ☐ **Answer Filed**
Answer and Affirmative Defenses to Plaintiffs Petition; Electronic Filing Certificate of Service.
    **Filed By:** RANDALL F. SCHERCK
    **On Behalf Of:** PAWNEE LEASING CORPORATION

**08/19/2020** ☐ **Summons Personally Served**
Document ID - 20-SMCC-6279; Served To - BALBOA CAPITAL CORPORATION; Server - ; Served Date - 29-JUL-20; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**08/18/2020** ☐ **Corporation Served**
Document ID - 20-SMOS-618; Served To - STERNS BANK NATIONAL ASSOCIATION D/B/A STERNS BANK EQUIPMENT; Server - ; Served Date - 06-AUG-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Notice of Service**

Memorandum to court with return of service on Stearns Bank; Electronic Filing Certificate of Service.

    **Filed By:** STEVEN S. FLUHR

    **On Behalf Of:** EBONI C. JANUARY, EJKJ, LLC

08/12/2020  ☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

    **Filed By:** RANDALL F. SCHERCK

    **On Behalf Of:** PAWNEE LEASING CORPORATION

08/10/2020  ☐ **Corporation Served**

Document ID - 20-SMCC-6280; Served To - PAWNEE LEASING CORPORATION; Server - ; Served Date - 24-JUL-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

07/30/2020  ☐ **Agent Served**

Document ID - 20-SMCC-6542; Served To - INVASIX, INC., D/B/A INMODE AESTHETIC SOLUTIONS; Server - CT CORP; Served Date - 30-JUL-20; Served Time - 00:00:00; Service Type - Territory 30; Reason Description - Served; Service Text - L/C

07/22/2020  ☐ **Alias Summons Issued**

Document ID: 20-SMCC-6542, for INVASIX, INC., D/B/A INMODE AESTHETIC SOLUTIONS.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

07/21/2020  ☐ **Note to Clerk eFiling**

    **Filed By:** STEVEN S. FLUHR

☐ **Memorandum Filed**

Memorandum to Court for payment of fee.

    **Filed By:** STEVEN S. FLUHR

    **On Behalf Of:** EBONI C. JANUARY, EJKJ, LLC

☐ **Judge/Clerk - Note**

NO SUMMONS ISSUED DUE TO MISSING FEE. PLEASE RESUBMIT REQUEST WITH $36 FOR SERVICE BY ST LOUIS COUNTY SHERIFF OR A SPECIAL PROCESS SERVER FORM WITH THE SECOND PAGE ATTACHED.

07/20/2020  ☐ **Alias Summons Requested**

Memorandum requesting service of process on Invasix, Inc.

    **Filed By:** STEVEN S. FLUHR

    **On Behalf Of:** EBONI C. JANUARY, EJKJ, LLC

☐ **Petition:**

Petition for Damages.

    **On Behalf Of:** EBONI C. JANUARY, EJKJ, LLC

07/15/2020  ☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 20-SMOS-618, for STERNS BANK NATIONAL ASSOCIATION D/B/A STERNS BANK EQUIPMENT.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-6280, for PAWNEE LEASING CORPORATION.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-6279, for BALBOA CAPITAL CORPORATION.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-6278, for INVASIX, INC., D/B/A INMODE AESTHETIC SOLUTIONS.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

07/09/2020   ☐ **Confid Filing Info Sheet Filed**

    **Filed By:** STEVEN S. FLUHR

☐ **Confid Filing Info Sheet Filed**

Confidential case filing information sheet.

    **Filed By:** STEVEN S. FLUHR
    **On Behalf Of:** EBONI C. JANUARY, EJKJ, LLC

☐ **Pet Filed in Circuit Ct**

Petition for Fraud and Misrepresentation.

☐ **Judge Assigned**

DIV 21

**20SL-CC03616**

Electronically Filed - St Louis County - July 09, 2020 - 03:24 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | |
|---|---|
| DR. EBONI C. JANUARY,<br>　　　Individually,<br><br>And<br><br>EJKJ, LLC,<br>　　　A Limited Liability Company,<br><br>　　　Plaintiffs,<br><br>Vs.<br><br>INVASIX, INC., a Delaware Corporation,<br>d/b/a INMODE AESTHETIC<br>SOLUTIONS ("INMODE"),<br>　Serve:  Missouri Secretary of State<br>　　　　　600 W. Main St.<br>　　　　　Jefferson City, MO 65101,<br><br>BALBOA CAPITAL CORPORATION,<br>a California Corporation,<br>Serve:　 Registered Agent Solutions, Inc.<br>　　　　　3225-A Emerald Lane<br>　　　　　Jefferson City, MO 65109<br><br>STEARNS BANK NATIONAL ASSOCIATION,<br>d/b/a STEARNS BANK EQUIPMENT FINANCE<br>DIVISION, a Minnesota Corporation,<br>Serve:  Kelly Skalicky<br>　　　　　4191 2nd Street South<br>　　　　　St. Cloud, MN 56301,<br><br>And<br><br>PAWNEE LEASING CORPORATION,<br>a Colorado corporation,<br>Serve: CSC-Lawyers Incorporating Service<br>　　　　　221 Bolivar Street<br>　　　　　Jefferson City, MO 65101,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br><br>Cause No.:<br><br>Division: |

Electronically Filed - St. Louis County - July 09, 2020 - 03:24 PM

## PETITION FOR DAMAGES (FRAUD)

COME NOW Plaintiffs and for their cause of action, state as follows:

1.      That Plaintiff Dr. Eboni C. January is an individual licensed to practice medicine in the State of Missouri, with her principal place of business at 3915 Watson Road, St. Louis, Missouri 63109.

2.      That Plaintiff EJKJ, LLC is a limited liability company in good standing formed in accordance with Missouri law, with its principal place of business at 910 Morrison Ave., St. Louis, Missouri 63104.

3.      That Defendant INVASIX, INC. is a Delaware corporation in good standing, registered to do business in Missouri as INMODE AESTHETIC SOLUTIONS (hereafter "INMODE"), with its principal office in the United States at 20996 Bake Parkway, Suite 106, Lake Forest, California 92630.

4.      That Defendant BALBOA CAPITAL CORPORATION is incorporated in the State of California and registered to do business in the State of Missouri.

5.      That Defendant STEARNS BANK NATIONAL ASSOCIATION is a national bank with its main office in St. Cloud, Minnesota and does business as STEARNS EQUIPMENT FINANCE DIVISION in the State of Missouri.

6.      That PAWNEE LEASING CORPORATION is a Colorado corporation in good standing and registered to do business in Missouri.

7.      That venue is proper in the Circuit Court of St. Louis County because St. Louis County is the county where Plaintiffs were injured by the wrongful acts, misrepresentation and/or fraud alleged herein, and the Defendants transacted business in this state by selling equipment and financing equipment in this state.

Electronically Filed - St Louis County - July 09, 2020 - 03:24 PM

8.      That on March 1, 2019, Plaintiff EJKJ, LLC executed a Customer Purchase Agreement with Defendant InMode, for the purchase of various pieces of medical equipment for a total price of $135,000. Included in the Agreement, in addition to certain equipment, was a printed and electronic marketing kit. (see Customer Purchase Agreement attached hereto as Exhibit 1).

9.      That on March 1, 2019, Plaintiff EJKJ, LLC executed a second Customer Purchase Agreement with Defendant InMode, for additional pieces of medical equipment for a total price of $80,000.00.   Included in said Agreement, in addition to certain equipment, was a Spark Marketing Program. (See Customer Purchase Agreement attached hereto as Exhibit 2).

10.     As part of the transaction to purchase the equipment, Plaintiff EJKJ, LLC was required to enter into an Equipment Finance Agreement No. 294119-000 with Balboa Capital for the financing of the equipment listed in Plaintiff's Exhibit 1 (see Equipment Finance Agreement attached hereto as Exhibit 3).

11.     As part of the transaction to purchase the equipment, Plaintiff EJKJ, LLC was required to enter an Equipment Finance Agreement with Defendant Pawnee Leasing Corporation.

12.     That sometime after that Defendant InMode indicated Plaintiffs would need a Body Tite Pro RFAL Work Station to properly conduct its business and Plaintiffs signed an agreement to purchase said equipment in the amount of $138,786.58.

13.     As part of the transaction to purchase the Body Tite Pro RFL Work Station, Plaintiffs were required to enter into an equipment lease with Defendant Stearns Bank, N.A.

3

Electronically Filed - St Louis County - July 09, 2020 - 03:24 PM

14.     That as an inducement for Plaintiffs to enter into the aforesaid Agreements, all Defendants represented to Plaintiffs, among other things, that:

(a)     The equipment would pay for itself;

(b)     Marketing would be done by the Defendants;

(c)     InMode would put Plaintiffs on the physician list;

(d)     The equipment would not burn women of darker skin color;

(e)     The equipment was completely safe; and

(f)     The financing agreements had to be signed to make the purchase.

15.     That at the time Defendants made the aforesaid representations, Defendants knew those representations to be false, and were in fact false.

16.     That Defendants made the representations with the intent that Plaintiffs rely upon such representations.

17.     That Plaintiffs did rely on said representations as they were material to their purchasing said equipment.

18.     That as a direct and proximate result of the fraud aforesaid, Plaintiffs incurred financial obligations over $250,000.00 to build a business upon said representations, and incurred embarrassment and stains upon Plaintiff EJKJ, LLC and Dr. January's reputation as a licensed and elite physician.

19.     That Defendants' actions were done recklessly and without regard to the rights of Plaintiffs.

WHEREFORE, Plaintiffs pray for judgment against Defendants jointly and severally in a reasonable sum to compensate them for the injuries incurred in an amount over $25,000.00, for punitive damages to deter Defendants and others like them from

Electronically Filed - St Louis County - July 09, 2020 - 03:24 PM

such actions, for an order rescinding the agreements, for their costs herein incurred and expended, and for such other relief as the Court deems just and proper.

Respectfully submitted,

FLUHR & MOORE, LLC.

/s/ Steven S. Fluhr_____.
Steven S. Fluhr, MO BAR#34365
9322 Manchester Road
St. Louis, MO 63119
(314)725-8002/Fax (314)725-8006
fluhrstl@aol.com
Attorney for Plaintiffs,
Dr. Eboni C. January and EJKJ, LLC



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  20SL-CC03616 |
|---|---|
| Plaintiff/Petitioner:<br>EBONI C. JANUARY<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS,  63119 |
| Defendant/Respondent:<br> INVASIX, INC., D/B/A INMODE AESTHETIC<br>SOLUTIONS<br>DBA:  INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | **BALBOA CAPITAL CORPORATION** |
|---|---|
| | Alias: |

**R/A SOLUTIONS, INC**
**3225-A EMERALD LANE**
**JEFFERSON CITY, MO 65109**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

　　　　**You are summoned to appear before this court and to file your pleading to the petition, a copy of** **which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the** **above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to** **file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

　　　　**SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please** **notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov,** **or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court** **proceeding.**

<u>15-JUL-2020</u>
Date

_____
Clerk

**Further Information:**
**LES**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years who
permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
     Printed Name of Sheriff or Server                               Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                    Date                                  Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  20SL-CC03616 |
| Plaintiff/Petitioner:<br>EBONI C. JANUARY<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS,  63119 |
| Defendant/Respondent:<br> INVASIX, INC., D/B/A INMODE AESTHETIC<br>SOLUTIONS<br>DBA:  INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | <div align="right">(Date File Stamp)</div> |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  **INVASIX, INC., D/B/A INMODE AESTHETIC SOLUTIONS**<br>**Alias:**<br>**DBA:  INMODE AESTHETIC SOLUTIONS** | |

**MISSOURI SECRETARY OF STATE**
**600 W. MAIN ST**
**JEFFERSON CITY, MO  65101**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

       **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
       **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>**15-JUL-2020**</u>
**Date**

                                         Clerk

**Further Information:**
**LES**

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____(address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
     Printed Name of Sheriff or Server                               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

           Subscribed and sworn to before me on _____ (date).

*(Seal)*

           My commission expires: _____      _____
                                     Date                               Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  20SL-CC03616 |
|---|---|
| Plaintiff/Petitioner:<br>EBONI C. JANUARY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS,  63119 |
| Defendant/Respondent:<br> INVASIX, INC., D/B/A INMODE AESTHETIC<br>SOLUTIONS<br>DBA:   INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | PAWNEE LEASING CORPORATION |
|---|---|

**Alias:**

**CSC-LAWYERS INC SERVICE**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>     15-JUL-2020     </u>
 **Date**

_____
                                        **Clerk**

**Further Information:**
**LES**

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____     _____
                 Date                                          Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.   **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  20SL-CC03616 |
|---|---|
| Plaintiff/Petitioner:<br>EBONI C. JANUARY<br><br>                       vs. | Plaintiff's/Petitioner's Attorney/Address:<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS,  63119 |
| Defendant/Respondent:<br>INVASIX, INC., D/B/A INMODE AESTHETIC<br>SOLUTIONS<br>DBA:  INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  STERNS BANK NATIONAL ASSOCIATION D/B/A STERNS BANK EQUIPMENT
         Alias:
                 DBA:  STEARNS BANK EQUIPMENT FINANCE

**KELLY SKALICKY**
**4191 2ND STREET SOUTH**
**ST. CLOUD, MN  56301**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

      **You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.**
      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

         <u>15-JUL-2020</u>
          **Date**                                   **Clerk**
         **Further Information:**
         **LES**

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
 ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
    _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
    _____ (name) _____ (title).
    ☐ other (describe) _____ .
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).
_____    _____
       Printed Name of Sheriff or Server                    Signature of Sheriff or Server
         **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
         I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                         ☐ the judge of the court of which affiant is an officer.
                         ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                          (use for out-of-state officer)
*(Seal)*                  ☐ authorized to administer oaths.  (use for court-appointed server)

                              _____
                                Signature and Title

| Service Fees, if applicable | | | | |
|---|---|---|---|---|
| Summons | $ | | | |
| Non Est | $ | | | |
| Mileage | $ | ( | miles @ $ | per mile) |
| **Total** | $ | | | |

See the following page for directions to clerk and to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE")</u>:** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) <u>Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) <u>Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - July 20, 2020 - 03:55 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

DR. EBONI C. JANUARY,                    )
    Individually,                    )
                            )
And                    )
                            )
EJKJ, LLC,                    )
    A Limited Liability Company,                    )   Cause No.:  20SL-CC03616
                            )
    Plaintiffs,                    )   Division:  21
                            )
Vs.                    )
                            )
INVASIX, INC., a Delaware Corporation,                    )
d/b/a INMODE AESTHETIC                    )
SOLUTIONS ("INMODE"),                    )
 Serve:  CT Corporation System, Reg. Agent                    )
        120 S. Central Ave.                    )
        Clayton, MO 63105,                    )
                            )
BALBOA CAPITAL CORPORATION,                    )
a California Corporation,                    )
Serve:   Registered Agent Solutions, Inc.                    )
        3225-A Emerald Lane                    )
        Jefferson City, MO 65109                    )
                            )
STEARNS BANK NATIONAL ASSOCIATION,  )
d/b/a STEARNS BANK EQUIPMENT FINANCE)
DIVISION, a Minnesota Corporation,                    )
Serve:  Kelly Skalicky                    )
        4191 2nd Street South                    )
        St. Cloud, MN 56301,                    )
                            )
And                    )
                            )
PAWNEE LEASING CORPORATION,                    )
a Colorado corporation,                    )
Serve: CSC-Lawyers Incorporating Service                    )
       221 Bolivar Street                    )
       Jefferson City, MO 65101,                    )
                            )
    Defendants.                    )

1

Electronically Filed - St Louis County - July 20, 2020 - 03:55 PM

## MEMORANDUM TO COURT

COME NOW Plaintiffs, by and through counsel, and request summons be issued for service of process upon Defendant Invasix, Inc., d/b/a InMode Aesthetic Solutions ("InMode") by serving CT Corporation System, its Registered Agent, 120 S. Central Ave., Clayton, MO 63105.

> Respectfully submitted,
>
> FLUHR & MOORE, LLC.
>
> /s/ Steven S. Fluhr          .
> Steven S. Fluhr, MO BAR#34365
> 9322 Manchester Road
> St. Louis, MO 63119
> (314)725-8002/Fax (314)725-8006
> fluhrstl@aol.com
> Attorney for Plaintiffs,
> Dr. Eboni C. January and EJKJ, LLC

Electronically Filed - St Louis County - July 20, 2020 - 03:52 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

DR. EBONI C. JANUARY,                      )
    Individually,                          )
                                           )
And                                        )
                                           )
EJKJ, LLC,                                 )
    A Limited Liability Company,           )   Cause No.:  20SL-CC03616
                                           )
    Plaintiffs,                            )   Division:  21
                                           )
Vs.                                        )
                                           )
INVASIX, INC., a Delaware Corporation,     )
d/b/a INMODE AESTHETIC                     )
SOLUTIONS ("INMODE"),                      )
 Serve:  CT Corporation System, Reg. Agent )
      120 S. Central Ave.                )
      Clayton, MO 63105,                 )
                                           )
BALBOA CAPITAL CORPORATION,                )
a California Corporation,                   )
Serve:   Registered Agent Solutions, Inc.  )
     3225-A Emerald Lane                   )
     Jefferson City, MO 65109              )
                                           )
STEARNS BANK NATIONAL ASSOCIATION,  )
d/b/a STEARNS BANK EQUIPMENT FINANCE)
DIVISION, a Minnesota Corporation,         )
Serve:  Kelly Skalicky                     )
     4191 2nd Street South                 )
     St. Cloud, MN 56301,                  )
                                           )
And                                        )
                                           )
PAWNEE LEASING CORPORATION,                )
a Colorado corporation,                    )
Serve: CSC-Lawyers Incorporating Service   )
     221 Bolivar Street                    )
     Jefferson City, MO 65101,             )
                                           )
    Defendants.                            )

1

Electronically Filed - St Louis County - July 20, 2020 - 03:52 PM

## PETITION FOR DAMAGES (FRAUD)

COME NOW Plaintiffs and for their cause of action, state as follows:

1.      That Plaintiff Dr. Eboni C. January is an individual licensed to practice medicine in the State of Missouri, with her principal place of business at 3915 Watson Road, St. Louis, Missouri 63109.

2.      That Plaintiff EJKJ, LLC is a limited liability company in good standing formed in accordance with Missouri law, with its principal place of business at 910 Morrison Ave., St. Louis, Missouri 63104.

3.      That Defendant INVASIX, INC. is a Delaware corporation in good standing, registered to do business in Missouri as INMODE AESTHETIC SOLUTIONS (hereafter "INMODE"), with its principal office in the United States at 20996 Bake Parkway, Suite 106, Lake Forest, California 92630.

4.      That Defendant BALBOA CAPITAL CORPORATION is incorporated in the State of California and registered to do business in the State of Missouri.

5.      That Defendant STEARNS BANK NATIONAL ASSOCIATION is a national bank with its main office in St. Cloud, Minnesota and does business as STEARNS EQUIPMENT FINANCE DIVISION in the State of Missouri.

6.      That PAWNEE LEASING CORPORATION is a Colorado corporation in good standing and registered to do business in Missouri.

7.      That venue is proper in the Circuit Court of St. Louis County because St. Louis County is the county where Plaintiffs were injured by the wrongful acts, misrepresentation and/or fraud alleged herein, and the Defendants transacted business in this state by selling equipment and financing equipment in this state.

Electronically Filed - St Louis County - July 20, 2020 - 03:52 PM

8.     That on March 1, 2019, Plaintiff EJKJ, LLC executed a Customer Purchase Agreement with Defendant InMode, for the purchase of various pieces of medical equipment for a total price of $135,000. Included in the Agreement, in addition to certain equipment, was a printed and electronic marketing kit. (see Customer Purchase Agreement attached hereto as Exhibit 1).

9.     That on March 1, 2019, Plaintiff EJKJ, LLC executed a second Customer Purchase Agreement with Defendant InMode, for additional pieces of medical equipment for a total price of $80,000.00.   Included in said Agreement, in addition to certain equipment, was a Spark Marketing Program. (See Customer Purchase Agreement attached hereto as Exhibit 2).

10.     As part of the transaction to purchase the equipment, Plaintiff EJKJ, LLC was required to enter into an Equipment Finance Agreement No. 294119-000 with Balboa Capital for the financing of the equipment listed in Plaintiff's Exhibit 1 (see Equipment Finance Agreement attached hereto as Exhibit 3).

11.     As part of the transaction to purchase the equipment, Plaintiff EJKJ, LLC was required to enter an Equipment Finance Agreement with Defendant Pawnee Leasing Corporation.

12.     That sometime after that Defendant InMode indicated Plaintiffs would need a Body Tite Pro RFAL Work Station to properly conduct its business and Plaintiffs signed an agreement to purchase said equipment in the amount of $138,786.58.

13.     As part of the transaction to purchase the Body Tite Pro RFL Work Station, Plaintiffs were required to enter into an equipment lease with Defendant Stearns Bank, N.A.

Electronically Filed - St Louis County - July 20, 2020 - 03:52 PM

14.     That as an inducement for Plaintiffs to enter into the aforesaid Agreements, all Defendants represented to Plaintiffs, among other things, that:

(a)     The equipment would pay for itself;

(b)     Marketing would be done by the Defendants;

(c)     InMode would put Plaintiffs on the physician list;

(d)     The equipment would not burn women of darker skin color;

(e)     The equipment was completely safe; and

(f)     The financing agreements had to be signed to make the purchase.

15.     That at the time Defendants made the aforesaid representations, Defendants knew those representations to be false, and were in fact false.

16.     That Defendants made the representations with the intent that Plaintiffs rely upon such representations.

17.     That Plaintiffs did rely on said representations as they were material to their purchasing said equipment.

18.     That as a direct and proximate result of the fraud aforesaid, Plaintiffs incurred financial obligations over $250,000.00 to build a business upon said representations, and incurred embarrassment and stains upon Plaintiff EJKJ, LLC and Dr. January's reputation as a licensed and elite physician.

19.     That Defendants' actions were done recklessly and without regard to the rights of Plaintiffs.

WHEREFORE, Plaintiffs pray for judgment against Defendants jointly and severally in a reasonable sum to compensate them for the injuries incurred in an amount over $25,000.00, for punitive damages to deter Defendants and others like them from

Electronically Filed - St Louis County - July 20, 2020 - 03:52 PM

such actions, for an order rescinding the agreements, for their costs herein incurred and expended, and for such other relief as the Court deems just and proper.

Respectfully submitted,

FLUHR & MOORE, LLC.

/s/ Steven S. Fluhr            .
Steven S. Fluhr, MO BAR#34365
9322 Manchester Road
St. Louis, MO 63119
(314)725-8002/Fax (314)725-8006
fluhrstl@aol.com
Attorney for Plaintiffs,
Dr. Eboni C. January and EJKJ, LLC

Electronically Filed - St Louis County - July 21, 2020 - 03:10 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

DR. EBONI C. JANUARY,                           )
    Individually,                               )
                                                )
And                                             )
                                                )
EJKJ, LLC,                                      )
    A Limited Liability Company,                )        Cause No.:  20SL-CC03616
                                                )
    Plaintiffs,                                 )        Division:  21
                                                )
Vs.                                             )
                                                )
INVASIX, INC., a Delaware Corporation,          )
d/b/a INMODE AESTHETIC                          )
SOLUTIONS ("INMODE"),                           )
                                                )
BALBOA CAPITAL CORPORATION,                     )
a California Corporation,                        )
                                                )
STEARNS BANK NATIONAL ASSOCIATION,  )
d/b/a STEARNS BANK EQUIPMENT FINANCE)
DIVISION, a Minnesota Corporation,              )
                                                )
And                                             )
                                                )
PAWNEE LEASING CORPORATION,                     )
a Colorado corporation,                         )
                                                )
    Defendants.                                 )

## **MEMORANDUM TO COURT**

      COME NOW Plaintiffs, by and through counsel, and hereby pay $36.00 fee for service of Summons and Petition by St. Louis County Sheriff Defendant Invasix, Inc., d/b/a InMode Aesthetic Solutions ("InMode") by serving CT Corporation System, its Registered Agent, 120 S. Central Ave., Clayton, MO 63105.

Electronically Filed - St Louis County - July 21, 2020 - 03:10 PM

Respectfully submitted,

FLUHR & MOORE, LLC.

/s/ Steven S. Fluhr                .
Steven S. Fluhr, MO BAR#34365
9322 Manchester Road
St. Louis, MO 63119
(314)725-8002/Fax (314)725-8006
fluhrstl@aol.com
Attorney for Plaintiffs,
Dr. Eboni C. January and EJKJ, LLC



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | **Case Number:  20SL-CC03616** | **SHERIFF FEE PAID** |
| Plaintiff/Petitioner:<br>EBONI C. JANUARY<br><div align="right">**vs.**</div> | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS,  63119 | |
| Defendant/Respondent:<br> INVASIX, INC., D/B/A INMODE AESTHETIC<br>SOLUTIONS<br>DBA:  INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: | **INVASIX, INC., D/B/A INMODE AESTHETIC SOLUTIONS**<br>**Alias:**<br>**DBA:  INMODE AESTHETIC SOLUTIONS** |

**CT CORPOARATION SYSTEM**
**REGISTERED AGENT**
**120 S. CENTRAL AVE**
**CLAYTON, MO  63105**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   **SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>22-JUL-2020</u>
**Date**

**Further Information:**
**GB**

_____
Clerk

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                          Date                                          Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

*Return*

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number: 20SL-CC03616 | **SHERIFF FEE**<br>**PAID** |
|---|---|---|
| Plaintiff/Petitioner:<br>EBONI C. JANUARY<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS, 63119 | |
| Defendant/Respondent:<br>INVASIX, INC., D/B/A INMODE AESTHETIC<br>SOLUTIONS<br>DBA: INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: INVASIX, INC., D/B/A INMODE AESTHETIC SOLUTIONS<br>Alias:<br>DBA: INMODE AESTHETIC SOLUTIONS | |



CT CORPOARATION SYSTEM
REGISTERED AGENT
120 S. CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

22-JUL-2020
Date

/s/ _____
Clerk

Further Information:
GB

JUL 27 2020

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

**LCW – B. LOVE** (name) **INTAKE SPECIALIST** (title).

☐ other _____

Served at **St. Louis County   CT CORPORATION** (address)

in (County/City of St. Louis), MO, on **JUL 3 0 2020** (date) at **9 A.M.** (time).

Tiffany Mooney
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**FILED**

JUL 3 1 2020

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date

_____
Notary Public

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

**FILED**

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | **Case Number: 20SL-CC03616** |
| Plaintiff/Petitioner:<br>EBONI C. JANUARY | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS,  63119 |
| vs. | |
| Defendant/Respondent:<br>INVASIX, INC., D/B/A INMODE AESTHETIC<br>SOLUTIONS<br>DBA:  INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | |

AUG 10 2020

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

**RECEIVED**

JUL 2 3 2020

COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

### Summons in Civil Case

The State of Missouri to:  PAWNEE LEASING CORPORATION
                          Alias:

CSC-LAWYERS INC SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**15-JUL-2020**
Date

_____ Clerk

**Further Information:**
LES

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
CSC Lawyers, S.L. (name) designee (title).
☐ other _____

Served at 350 E. High (address)
in Cole (County/City of St. Louis), MO, on 07-24-2020 (date) at 800 AM (time).
Sheriff John P. Wheelen By SA Aimee Wray
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
                        Date          Notary Public

2122
$30

Electronically Filed - St Louis County - August 12, 2020 - 10:42 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

DR. EBONI C. JANUARY, Individually,       )
And EJKJ, LLC, A Limited Liability Company,   )
                                          )
            Plaintiffs,                    )        Cause No. 20SL-CC03616
                                          )
    vs.                                    )        Division No.
                                          )
INVASIX, INC., d/b/a INMODE AESTHETIC       )
SOLUTIONS, et al.,                         )
                                          )
            Defendants.                    )

## ENTRY OF APPEARANCE

COMES NOW Randall F. Scherck, and the law firm of GREENSFELDER, HEMKER & GALE, P.C.,

and hereby enter their appearance on behalf of Defendant Pawnee Leasing Corporation with respect ot the

above-captioned matter.


Dated:  August 12, 2020              GREENSFELDER, HEMKER & GALE, P.C.

                                    By:  _/s/ Randall F. Scherck_____
                                         Randall F. Scherck, #31085 (MO)
                                         rscherck@greensfelder.com
                                         10 South Broadway, Suite 2000
                                         St. Louis, Missouri 63102
                                         (314) 241-9090
                                         Facsimile: (314) 345-5488

                                    *Attorney for Defendant Pawnee Leasing Corporation*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was
filed with the Clerk of Court, using the CM/ECF system this 12th day of August, 2020 to be
served on all counsel of record.

                              _____*/s/ Randall F. Scherck*_____

1867348v1

Electronically Filed - St Louis County - August 18, 2020 - 10:39 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

DR. EBONI C. JANUARY,                          )
    Individually,                              )
                                               )
And                                            )
                                               )
EJKJ, LLC,                                     )
    A Limited Liability Company,               )     Cause No.:  20SL-CC03616
                                               )
    Plaintiffs,                                )     Division:  21
                                               )
Vs.                                            )
                                               )
INVASIX, INC., a Delaware Corporation,         )
d/b/a INMODE AESTHETIC                         )
SOLUTIONS ("INMODE"),                          )
                                               )
BALBOA CAPITAL CORPORATION,                    )
a California Corporation,                       )
                                               )
STEARNS BANK NATIONAL ASSOCIATION,  )
d/b/a STEARNS BANK EQUIPMENT FINANCE)
DIVISION, a Minnesota Corporation,             )
                                               )
And                                            )
                                               )
PAWNEE LEASING CORPORATION,                    )
a Colorado corporation,                        )
                                               )
    Defendants.                                )

## MEMORANDUM TO COURT

COME NOW Plaintiffs, by and through counsel, and hereby file Return of Service indicating personal service of their Petition and Summons upon Defendant Stearns Bank National Association, d/b/a Stearns Bank Equipment Finance Division by delivering a copy of same to Kelly Skalleky, President/CEO of said company on August 6, 2020. Plaintiff requests the amount of $50.00 for said service, as reflected on the attached invoice, be taxed as costs.

1

Electronically Filed - St Louis County - August 18, 2020 - 10:39 AM

Respectfully submitted,

FLUHR & MOORE, LLC.

/s/ Steven S. Fluhr          .
Steven S. Fluhr, MO #34365
9322 Manchester Road
St. Louis, MO 63119
(314)725-8002/Fax (314)725-8006
fluhrstl@aol.com
Attorney for Plaintiffs,
Dr. Eboni C. January and EJKJ, LLC

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was forwarded via the Missouri Courts e-file system to all attorneys of record this 17th day of August, 2020.

/s/Peggy R. Rothman

.

Electronically Filed - St Louis County - August 18, 2020 - 10:39 AM



## Stearns County Sheriff's Office
## Civil Process Division
**807 Courthouse Square**
**P.O. Box 217**
**St. Cloud, MN 56302**
**(320) 259-3720**

ORIGINAL

**SHERIFF'S DAILY RECORD / INVOICE**

NO.  20-1333          RECEIVED:          07-24-2020          BILLING DATE: 08-10-2020

BILL TO:     FLUHR & MOORE LLC:  9322 MANCHESTER ROAD, ST LOUIS MO 63119

==========================================================

CASE:    DR EBONI C JANUARY ET AL vs. INVESIX INC  ET AL
FILE NO:       20S1-CC03616
PAPER TYPE:  Summons and Petition

FOR SERVICE ON: STEARNS BANK NA

==========================================================

ADVANCE DEPOSIT:      50.00      CK NO: 2123 / RECEIPT NO: 4392

TOTAL CHARGES:        50.00

BALANCE DUE:          **$PAID IN FULL**


**PLEASE RETURN THIS STATEMENT WITH YOUR PAYMENT**

Electronically Filed - St Louis County - August 18, 2020 - 10:39 AM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number: **20SL-CC03616** |
| Plaintiff/Petitioner:<br>EBONI C. JANUARY | Plaintiff's/Petitioner's Attorney/Address:<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS, 63119 |
| vs. | |
| Defendant/Respondent:<br>INVASIX, INC., D/B/A INMODE AESTHETIC SOLUTIONS<br>DBA: INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: STERNS BANK NATIONAL ASSOCIATION D/B/A STERNS BANK EQUIPMENT
   Alias:
   DBA: STEARNS BANK EQUIPMENT FINANCE

KELLY SKALICKY
4191 2ND STREET SOUTH
ST. CLOUD, MN 56301

*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
   SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>15-JUL-2020</u>
Date                                                                          _____ Clerk
Further Information:
LES

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is __Deputy Sheriff__ of __Stearns__ County, __Minnesota__ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
   ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to __Kelly Skallcky__ (name) __President // CEO__ (title).
   ☐ other (describe) _____

Served at __Stearns__ County, __Minnesota__ (state), on __08/06/2020__ (date) at __1526__ (time).
in _____ (address)
__Jeanie Florer__                                   _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Subscribed and Sworn To me before this __12th__ (day) __August__ (month) __2020__ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☒ authorized to administer oaths in the state in which the affiant served the above summons.
                     (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

SHARON MARIE SAND
NOTARY PUBLIC - MINNESOTA
My Comm. Exp. Jan. 31, 2025

_____
Signature and Title

OSCA (7-04) SM60 *For Court Use Only:* Document ID# 20-SMOS-618      1      (20SL-CC03616)      Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                506.500, 506.510 RSMo

Electronically Filed - St Louis County - August 18, 2020 - 10:39 AM

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $ | ( _____ miles @ $ _____ per mile) |
| **Total** | $ | |

*See the following page for directions to clerk and to officer making return on service of summons.*

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number: 20SL-CC03616 |
| Plaintiff/Petitioner:<br>EBONI C. JANUARY | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN S. FLUHR<br>9322 MANCHESTER ROAD<br>SAINT LOUIS   63119 |
| vs. | |
| Defendant/Respondent:<br>INVASIX, INC., D/B/A INMODE AESTHETIC<br>SOLUTIONS<br>DBA:  INMODE AESTHETIC SOLUTIONS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Tort | |

**RECEIVED**

JUL 2 3 2020

COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

FILED

### Summons in Civil Case

The State of Missouri to:  BALBOA CAPITAL CORPORATION
Alias:

R/A SOLUTIONS, INC
3225-A EMERALD LANE
JEFFERSON CITY, MO 65109

AUG 1 7 2020

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

**COURT SEAL OF**

**ST. LOUIS COUNTY**

   You are summoned to appear before this court and to file your pleading to the petition, a copy of
which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the
above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to
file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please
notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov,
or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court
proceeding.

__15-JUL-2020__
Date

Further Information:
LES

_____
Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who
permanently resides with the Defendant/Respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
__Brenda Rieke__ (name) __Designee__ (title).
☐ other _____
Served at __3225 Emerald Ln Ste A Jefferson City MO 65101__ (address)
in __Cole__ (County/City of St. Louis), MO, on __07/29/2020__ (date) at __12:45 pm__ (time).
__Sheriff__                            __By Dep. John Scovell 81__
Printed Name of Sheriff or Server          Signature of Sheriff or Server
(Seal)          Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
My commission expires: _____     _____     _____
                                Date                              Notary Public

2122
$30

Electronically Filed - St Louis County - August 21, 2020 - 10:41 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| DR. EBONI C. JANUARY, Individually, | ) | |
| And EJKJ, LLC, A Limited Liability Company, | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No. 20SL-CC03616 |
| | ) | |
| vs. | ) | Division No.   21 |
| | ) | |
| INVASIX, INC., d/b/a INMODE AESTHETIC | ) | |
| SOLUTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PAWNEE LEASING CORPORATION'S ANSWER
AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' PETITION**

Comes now Defendant Pawnee Leasing Corporation ("Pawnee"), by and through its

attorney and for its answer and affirmative defenses to Plaintiffs' Petition states as follows:

1.      Pawnee is without sufficient knowledge or information to form a belief as to the

truth or falsity of the allegations in paragraph 1 of Plaintiffs' petition and therefore denies same.

2.      Pawnee is without sufficient knowledge or information to form a belief as to the

truth or falsity of the allegations in paragraph 2 of Plaintiffs' petition and therefore denies same.

3.      Pawnee is without sufficient knowledge or information to form a belief as to the

truth or falsity of the allegations in paragraph 3 of Plaintiffs' petition and therefore denies same.

4.      Pawnee is without sufficient knowledge or information to form a belief as to the

truth or falsity of the allegations in paragraph 4 of Plaintiffs' petition and therefore denies same.

5.      Pawnee is without sufficient knowledge or information to form a belief as to the

truth or falsity of the allegations in paragraph 5 of Plaintiffs' petition and therefore denies same.

6.      Pawnee admits the allegations in paragraph 6 of Plaintiffs' Petition.

Electronically Filed - St Louis County - August 21, 2020 - 10:41 AM

7.      Pawnee denies the allegations in paragraph 7 of Plaintiffs' Petition because Plaintiffs were not injured by any wrongful acts, fraud or misrepresentation of Pawnee and because Pawnee committed none of said acts.

8.      Pawnee is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 8 of Plaintiffs' petition and therefore denies same. Pawnee further states that Exhibit 1 is a written document and speaks for itself and upon information and belief was not attached to the petition served on Pawnee.

9.      Pawnee is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 9 of Plaintiffs' petition and therefore denies same. Pawnee further states that Exhibit 2 is a written document and speaks for itself and upon information and belief was not attached to the petition served on Pawnee.

10.     Pawnee is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 10 of Plaintiffs' petition and therefore denies same. Pawnee further states that Exhibit 3 is a written document and speaks for itself and upon information and belief was not attached to the petition served on Pawnee.

11.     Pawnee is without sufficient knowledge or information to form a belief as to the truth or falsity of the statement "the transaction to purchase the equipment" and further denies that Plaintiff EJKJ, LLC was required to enter into an Equipment Finance Agreement with Pawnee unless said Plaintiff agreed to or desired to lease or finance certain equipment through Pawnee as its response to paragraph 11.  In no way did Pawnee require said Plaintiff to enter into any Equipment Finance Agreement with Pawnee unless Pawnee was financing the transaction.

12.     Pawnee is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 12 of Plaintiffs' petition and therefore denies same.

Electronically Filed - St Louis County - August 21, 2020 - 10:41 AM

13.     Pawnee is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 13 of Plaintiffs' petition and therefore denies same.

14.     Pawnee denies each and every allegation in paragraph 14 and its subparts and holds Plaintiffs to strict proof thereof.

15.     Pawnee denies the allegations in paragraph 15 as they apply to Pawnee and hold Plaintiffs to strict proof thereof.

16.     Pawnee denies the allegations in paragraph 16 as they apply to Pawnee and hold Plaintiffs to strict proof thereof.

17.     Pawnee denies the allegations in paragraph 17 as they apply to Pawnee and hold Plaintiffs to strict proof thereof.

18.     Pawnee denies the allegations in paragraph 18 as they apply to Pawnee and hold Plaintiffs to strict proof thereof.

19.     Pawnee denies the allegations in paragraph 19 as they apply to Pawnee and hold Plaintiffs to strict proof thereof.

## AFFIRMATIVE DEFENSES

20.     By way of further answer and affirmative defense, Pawnee states that Plaintiffs have failed to state a claim on which relief may be granted against Pawnee.

21.     By way of further answer and affirmative defense, Pawnee states that the alleged requirement to execute an Equipment Finance Agreement with Pawnee would only have occurred if Plaintiffs had agreed to do so to finance the lease or purchase of certain equipment.

22.     By way of further answer and affirmative defense, Pawnee states that Plaintiffs' claim is barred by its own actions in voluntarily executing any Equipment Finance Agreement with Pawnee.

3

Electronically Filed - St Louis County - August 21, 2020 - 10:41 AM

23.     By way of further answer and affirmative defense, Pawnee states that Plaintiffs have failed to attach to their petition or specifically identify the Equipment Finance Agreement Plaintiff EJKL, Inc. allegedly entered into with Pawnee as stated in paragraph 11 of Plaintiffs' petition.

24.     By way of further answer and affirmative defense, Pawnee states that Plaintiff Dr. January could not have been damaged by any of the actions allegedly committed by Pawnee and has no cause of action against Pawnee since such Plaintiff did not enter into any agreement with Pawnee which was the asserted result of the statements allegedly made by Pawnee in paragraph 14 and its subparts.

25.     By way of further answer and affirmative defense, Pawnee states that Plaintiffs have failed to allege with specificity the representations made by Pawnee in paragraph 14 and its subparts.

26.     By way of further answer and affirmative defense, Pawnee states that Plaintiffs have failed to allege which representations were made by Pawnee in paragraph 14 and its subparts.

28.     By way of further answer and affirmative defense, Pawnee states that any liability or damages sustained by Plaintiffs as described in their petition were a result of actions of others and not Pawnee.

27.     Pawnee reserves the right to supplement its answer and affirmative defenses should additional information become available through discovery or otherwise.

WHEREFORE, Defendant Pawnee Leasing Corporation prays that it be dismissed, for its costs and for such other and further relief as this Court deems just and proper.

Electronically Filed - St Louis County - August 21, 2020 - 10:41 AM

Dated:  August 21, 2020          GREENSFELDER, HEMKER & GALE, P.C.

By:     */s/ Randall F. Scherck*
          Randall F. Scherck, #31085 (MO)
          rscherck@greensfelder.com
          10 South Broadway, Suite 2000
          St. Louis, Missouri 63102
          (314) 241-9090
          Facsimile: (314) 345-5488

*Attorney for Defendant Pawnee Leasing Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of Court, using the CM/ECF system this 21st day of August, 2020 to be served on all counsel of record.

          */s/ Randall F. Scherck*

1870361v1

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| DR. EBONI C. JANUARY, Individually, and EJKJ, LLC a Limited Liability Company, | ) ) ) | |
| Plaintiffs, | ) ) | Cause No.: 20SL-CC03616 |
| | ) | Division: 21 |
| vs. | ) ) | **JURY TRIAL REQUESTED** |
| INVASIX, INC., d/b/a INMODE AESTHETIC SOLUTIONS, et al., | ) ) ) | **ON ALL ISSUES TRIABLE TO A JURY** |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE**

COMES NOW Robert W. Stephens and Swanson, Martin & Bell, LLP, and hereby enter their appearance on behalf of Defendant Balboa Capital Corporation.

> **SWANSON, MARTIN & BELL, LLP**
>
> By: */s/ Robert W. Stephens, #57505*
> Attorneys for Defendant,
> **BALBOA CAPITAL CORPORATION**
> Robert W. Stephens, #57505
> Joseph Kincaid
> **SWANSON, MARTIN & BELL, LLP**
> 800 Market Street, Suite 2100
> St. Louis, MO 63101
> (314) 241-7100
> rstephens@smbtrials.com

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was electronically filed and served via the Missouri Courts eFiling System, this 28th day of August, 2020, to all counsel of record, including:

Steven S. Fluhr
FLUHR & MOORE< LLC
Attorneys for Plaintiffs
9322 Manchester Road
St. Louis, MO 63119
(314) 725-8002
fluhrsstl@aol.com

Randall F. Scherck
GREENSFELDER, HEMKER & GALE, P.C.
Attorneys for Defendant Pawnee Leasing Corporation
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
rscherck@greensfelder.com

*/s/ Robert W. Stephens, #57505*

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

**BALBOA CAPITAL**

**EQUIPMENT FINANCE AGREEMENT**

**Agreement No. 294119-000**

| DEBTOR ("you" or "your"): **EJKJ, LLC** | | TERM: **66** |
|---|---|---|
| ADDRESS: **910 MORRISON AVE** **St. Louis, MO 63104** | EQUIPMENT LOCATION ADDRESS: **3915 Watson Road** **St. Louis , MO 63109** | PAYMENT SCHEDULE: **1-6 @ $99.00, 7-66 @ $3,558.21** |

COLLATERAL: Items of personal property as generally described herein which Balboa Capital Corporation and Debtor agree that a more detailed description of the property being financed shall be maintained by us among our books and records in whatever more detailed description of the property financed is received from the supplier of such property, and absent manifest error, such detailed description shall be considered incorporated into this Equipment Finance Agreement and shall be provided to Debtor promptly upon request.

Number of Advances: **1**  applied as: **1 First**            Security Deposit: **$0.00**

Documentation Fee: **$350.00**       Total due in Advance (advance plus doc fee): **$449.00**

PERSONAL PROPERTY DESCRIPTION: **See Invoices attached hereto as Exhibit A1 and incorporated herein by this reference**

[Body terms and conditions text in two columns — dense fine print covering Agreement, Grant of Security Interest, Disclaimer of Warranties and Claims, Use of the Collateral, Fees and Taxes, Insurance, Default and Remedies, and General provisions.]

By signing below Debtor hereby irrevocably accepts the Collateral under the EFA and irrevocably authorizes Creditor to pay the supplier on behalf of the Debtor. The person executing this EFA is authorized to do so, making this EFA the valid and binding act of the Debtor.

| Debtor Name: EJKJ, LLC | Accepted By: Balboa Capital Corporation |
|---|---|
| By: | By: |
| Print Name and Title: Eboni January            Date: | Title: Vice President            Date: 4/5/2019 |

GUARANTY: You (jointly and severally if more than one) unconditionally guarantee to us and our assigns the payment and performance when due of all of the obligations of the Debtor under this EFA and all related documents executed by the Debtor ("Agreement"). We may proceed against you before proceeding against the Debtor, the Collateral or enforce any other remedy. Notwithstanding any changes made to the Agreements in our dealings with Debtor, this Guaranty will remain in effect as changed even if you are not notified of the changes and will remain in effect even if the Agreements are no longer enforceable against the Debtor. You waive all notices to which you may have a right. You agree to pay us all our expenses in enforcing this Guaranty. You may not assign this Guaranty without our written consent. The governing law, jurisdiction and venue provisions of the EFA shall apply to any action to enforce this Guaranty. You consent to our conducting a credit evaluation of you from all sources, periodically updating it and sharing the results with others.

| Guarantor's Signature: | Print Name: Eboni January | Date: 3/7/19 |
|---|---|---|
| Guarantor's Signature: | Print Name: | Date: |

AUTHORIZATION FOR ACH PAYMENTS: Debtor authorizes Creditor, Creditor's successors and assigns to automatically initiate and make debit entry charges to Debtor's bank account indicated below, or the account from which the Debtor paid any deposit or fee in conjunction with the execution of this EFA, or any account from which Debtor paid any obligation under this EFA, or the account from which a cancelled or voided check provided by the Debtor can be drawn, for the payment of all amounts owed by Debtor from time to time under the EFA. This authorization is to remain in effect during the term of the EFA. Any incorrect charge will be corrected upon notification to Creditor, by either a credit or debit to Debtor's account.

| Bank Name: | Acct Holder Name: |
|---|---|
| Account No: | ABA No: |
| Authorized Signature: | Print Name and Title: Eboni January            Member            Date: 3/7/19 |

EFASP1296B

EXHIBIT A

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| DR. EBONI C. JANUARY, Individually, and EJKJ, LLC a Limited Liability Company, | ) ) ) | |
| Plaintiffs, | ) ) | Cause No.: 20SL-CC03616 |
| vs. | ) ) ) | Division: 21 |
| INVASIX, INC., d/b/a INMODE AESTHETIC SOLUTIONS, et al., | ) ) ) | **JURY TRIAL REQUESTED ON ALL ISSUES TRIABLE TO A JURY** |
| Defendants. | ) ) | |

**DEFENDANT BALBOA CAPITAL CORPORATION'S**
**MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS'**
**PETITION FOR DAMAGES**

COMES NOW Balboa Capital Corporation (*hereinafter "Balboa"*), by and through its attorneys, Swanson, Martin & Bell, LLP, and pursuant to Missouri Supreme Court Rule 55.27, and submits this Memorandum in Support of its Motion to Dismiss Plaintiffs' Petition for Damages because Plaintiffs' cause of action as to Balboa is predicated upon an Equipment Finance Agreement No. 29411-000 (*attached hereto as Exhibit A*), which contains an enforceable forum section clause. On the basis of the Equipment Finance Agreement's forum selection clause, Orange County, California is the sole proper jurisdiction and venue to interpret and enforce the Equipment Finance Agreement.  Pursuant to Missouri law, as set forth herein, this Court should dismiss the instant cause of action in favor of Orange County, California.

**FACTS**

1.      Balboa is, and at all times relevant herein, was a California corporation in good standing which has its principal office and place of business in Costa Mesa, California and is authorized to do business in the state of Missouri.

1

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

2.      While Balboa is registered to do business in the state of Missouri, Balboa does not now have and has never had offices in the state of Missouri.

3.  On or about March 7, 2019, Plaintiff EJKJ, LLC executed the Equipment Finance Agreement.

4.  On March 7, 2019, Plaintiff Dr. Eboni C. January executed a Guaranty of the Equipment Finance Agreement.

5.      Plaintiff Dr. Eboni C. January is an officer, director, shareholder, agent, member, and/or owner of Plaintiff EJKJ, LLC.

6.   On or about April 5, 2019, Balboa executed and delivered to Plaintiff EJKJ, LLC the fully executed Equipment Finance Agreement.

7.  The Equipment Finance Agreement entered into between the parties, contains the following provision:

> GENERAL: This EFA shall be governed and construed under the laws of the State of California without reference to its principle of conflicts of laws and is deemed to have been made and performed in Orange County, CA. You submit to the jurisdiction of CA and agree that the CA state courts and/or the United States District Court for the Central District of California, Santa Ana Division, shall have exclusive jurisdiction over any action or proceeding to enforce this EFA or any action or proceeding arising out of this EFA. (*Exhibit A*)

8.      Additionally, the Equipment Finance Agreement includes the following:

> This EFA as well as the Delivery and Acceptance receipt(s) for the Collateral constitute the entire agreement between the parties, and supersede all prior negotiations, written or oral, including any written offer or proposal describing and/or summarizing the terms of any proposed lease/financing. (*Exhibit A*)

**ARGUMENT**

Plaintiffs' cause of action as to Balboa is solely and completely predicated upon the Equipment Finance Agreement No. 29411-000 executed between the parties on April 5, 2019.

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

The Equipment Finance Agreement contains an enforceable forum section clause, which was set forth above. Missouri courts enforce forum selection clauses.

In *Major v. McCallister*, 302 S.W.3d 227, 229 (Mo. Ct. App. 2009), the Missouri Court of Appeals stated:

> We should honor the forum selection clause unless it is unfair or unreasonable to do so. Burke v. Goodman, 114 S.W.3d 276, 279–80 (Mo.App.2003)(citing High Life Sales C*o. v. Brown–Forman Corp., 823 S.W.2d 493, 497 (Mo. banc 1992)).* The party resisting such a clause generally bears a heavy burden to show why it should not be held to its bargain. *Id. at 280 (citing Whelan Sec. Co. v. Allen, 26 S.W.3d 592, 596 (Mo.App.2000)).*

In *High Life Sales Co. v. Brown-Forman Corp*., 823 S.W.2d 493 at 497 (Mo. 1992), the Missouri Supreme Court, in concluding that Missouri should no longer treat outbound forum selection clauses as per se violations of public policy, joined "the better-reasoned majority rule and will enforce such clauses, so long as doing so is neither unfair nor unreasonable".

In *Burke v. Goodman*, 114 S.W.3d 276, 280 (Mo. Ct. App. 2003), the court held that "the party resisting enforcement of the forum selection clause bears a heavy burden in convincing the court that he or she should not be held to the bargain", c*iting Whelan Sec. Co., Inc*., 26 S.W.3d 592 at 596. The *Burke* court went on to opine that "a clause that provides that the litigation shall be brought at the principal place of business of the defendant, mitigates in favor of fairness and discourages hasty litigation because a "race to the courthouse by either party puts the lawsuit in the opponent's backyard." *See High Life Sales Co., 823 S.W.2d at 497.*"

## CONCLUSION

Plaintiffs' cause of action as to Balboa is solely and completely predicated upon the Equipment Finance Agreement No. 29411-000 executed between the parties on April 5, 2019. This Equipment Finance Agreement requires that where there are differences between the

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

parties, a California court sitting in Orange County, California will apply California law to govern the contractual relationship.

WHEREFORE, for the reasons stated above, Defendant Balboa Capital Corporation respectfully moves this Honorable Court to dismiss the instant case against it, and for such other and further relief as the court deems just and proper.

<div align="right">

**SWANSON, MARTIN & BELL, LLP**

By: */s/ Robert W. Stephens, #57505*
Attorneys for Defendant,
**BALBOA CAPITAL CORPORATION**
Robert W. Stephens, #57505
Joseph Kincaid
**SWANSON, MARTIN & BELL, LLP**
800 Market Street, Suite 2100
St. Louis, MO 63101
(314) 241-7100
rstephens@smbtrials.com

</div>

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was electronically filed and served via the Missouri Courts eFiling System, this 28th day of August, 2020, to all counsel of record, including:

Steven S. Fluhr
FLUHR & MOORE, LLC
Attorneys for Plaintiff's
9322 Manchester Road
St. Louis, MO 63119
(314) 725-8002
fluhrsstl@aol.com

Randall F. Scherck
GREENSFELDER, HEMKER & GALE, P.C.
Attorneys for Defendant Pawnee Leasing Corporation
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
rscherck@greensfelder.com

By: */s/ Robert W. Stephens, #57505*

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

DR. EBONI C. JANUARY, Individually, and    )
EJKJ, LLC a Limited Liability Company,    )
    )
    Plaintiffs,    )    Cause No.: 20SL-CC03616
    )
    )    Division: 21
vs.    )
    )    **JURY TRIAL REQUESTED**
INVASIX, INC., d/b/a INMODE AESTHETIC    )    **ON ALL ISSUES TRIABLE TO**
SOLUTIONS, et al.,    )    **A JURY**
    )
    Defendants.    )
    )

**DEFENDANT BALBOA CAPITAL CORPORATION'S**
**MOTION TO DISMISS PLAINTIFFS' PETITION FOR DAMAGES**

COMES NOW Balboa Capital Corporation (*hereinafter "Balboa"*), by and through its attorneys, Swanson, Martin & Bell, LLP, and pursuant to Missouri Supreme Court Rule 55.27, moves this Court to dismiss Plaintiffs' Petition for Damages because Plaintiffs' cause of action as to Balboa is predicated upon an Equipment Finance Agreement No. 29411-000, which contains an enforceable forum section clause. Plaintiffs' agreed that the Equipment Finance Agreement (*attached to Balboa's Memorandum in Support of Motion to Dismiss and identified as Exhibit A*) would be governed by the laws of the State of California and consented to jurisdiction in the County of Orange. The Equipment Finance Agreement provides, in pertinent part, as follows:

> GENERAL: This EFA shall be governed and construed under the laws of the State of California without reference to its principle of conflicts of laws and is deemed to have been made and performed in Orange County, CA. You submit to the jurisdiction of CA and agree that the CA state courts and/or the United States District Court for the Central District of California, Santa Ana Division, shall have

1

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

exclusive jurisdiction over any action or proceeding to enforce this
EFA or any action or proceeding arising out of this EFA.

Missouri courts honor and enforce forum selection clauses agreed upon by the parties where such enforcement is not unreasonable. *Majorv. McCallister*, 302 S.W.3d 227 (Mo. C.A. So. D. 2009); and *Burke v. Goodman*, 114 S.W.3d 276 (Mo. C.A. E.D. 2003).

Because the forum selection cause expressly governs the Equipment Finance Agreement upon which Plaintiffs' claims are predicated, Balboa respectfully requests that the Court issue an order dismissing this cause of action in the State of Missouri and County of St. Louis, as these are not the contractually sanctioned jurisdiction and venue for actions predicated upon the Equipment Finance Agreement agreed upon by the parties.

Balboa hereby incorporates its concurrently filed Memorandum in Support of its Motion to Dismiss by reference herein.

WHEREFORE, for the reasons stated above, Defendant Balboa Capital Corporation respectfully moves this Honorable Court to dismiss the instant case against it, and for such other and further relief as the court deems just and proper.

**SWANSON, MARTIN & BELL, LLP**

By: */s/ Robert W. Stephens, #57505*
Attorneys for Defendant,
**BALBOA CAPITAL CORPORATION**
Robert W. Stephens, #57505
Joseph Kincaid
**SWANSON, MARTIN & BELL, LLP**
800 Market Street, Suite 2100
St. Louis, MO 63101
(314) 241-7100
rstephens@smbtrials.com

Electronically Filed - St Louis County - August 28, 2020 - 09:17 AM

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above and foregoing was electronically filed and served via the Missouri Courts eFiling System, this 28th day of August, 2020, to all counsel of record, including:

Steven S. Fluhr
FLUHR & MOORE, LLC
Attorneys for Plaintiffs
9322 Manchester Road
St. Louis, MO 63119
(314) 725-8002
fluhrsstl@aol.com

Randall F. Scherck
GREENSFELDER, HEMKER & GALE, P.C.
Attorneys for Defendant Pawnee Leasing Corporation
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
rscherck@greensfelder.com

By: */s/ Robert W. Stephens, #57505*

Electronically Filed - St Louis County - August 31, 2020 - 04:42 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

DR. EBONI C. JANUARY, Individually,    )
et al.,                               )
                                      )
                    Plaintiffs,       )
                                      )
v.                                    )    Cause No.:      20SL-CC03616
                                      )
                                      )    Division No.:  21
INVASIX, INC., d/b/a INMODE           )
AESTHETIC SOLUTIONS, et al.,          )
                                      )
                    Defendants.       )

## ENTRY OF APPEARANCE AND CONSENT MOTION FOR ADDITIONAL TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADINGS

COME NOW J. Patrick Chassaing and Helmut Starr of Curtis, Heinz, Garrett & O'Keefe, P.C., and enter their appearances on behalf of defendant Invasix, Inc., d/b/a Inmode Aesthetic Solutions ("Inmode"), and request that the clerk duly forward notices of all filings herein by the Court's CM/ECF System.  Also, Inmode hereby requests, with consent of Plaintiffs' counsel, Steven S. Fluhr, Esq., that the Court grant Inmode's request for 14 additional days to file an Answer or other responsive pleading, up to and including September 14, 2020.


CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.


By: */s/Helmut Starr*
      J. Patrick Chassaing, #27246
      Helmut Starr, #32899
      130 S. Bemiston, Suite 200
      St. Louis, Missouri 63105
      314.725.8788
      pchassaing@chgolaw.com
      hstarr@chgolaw.com

COUNSEL FOR DEFENDANT INMODE

Electronically Filed - St Louis County - August 31, 2020 - 04:42 PM

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies a copy of the foregoing was filed with the Court's electronic case management system on this 31st day of August, 2020, upon all counsel of record.


*/s/Helmut Starr*_____

Helmut Starr


**SO ORDERED** this _____ day of _____, 2020


_____

Hon. Nancy Watkins McLaughlin, Division 21